### W. W. KIMBALL COMPANY, Appellant, v. W. W. NEWMAN, Appellee.
#### No. 9463.

Court of Civil Appeals of Texas.
San Antonio.
Nov. 28, 1934.

Rehearing Denied Jan. 2, 1935.

McCampbell & McCampbell, of Corpus Christi, for appellant.

Lloyd & Lloyd, of Alice, for appellee.

BICKETT, Chief Justice.

W. W. Kimball Company, a corporation, appellant, sued W. W. Newman, appellee, in the county court, for a balance of principal of $175, plus interest and attorney's fees, alleg-

ed to be due under a note or contract for the purchase of a piano, and for the foreclosure of a chattel mortgage lien upon a piano, alleged to be of the present value of $300.

Newman's defense to the debt was that the piano delivered to him was a secondhand one, instead of a new one as contemplated, that he had paid more than the piano was worth, and that the note and mortgage should be canceled.

The jury found upon special issues that the piano was a secondhand one and that the amount due under the contract was nothing. And the court accordingly rendered judgment denying any recovery to the plaintiff. But these findings are contrary to the overwhelming weight and preponderance of the evidence, and are clearly erroneous.

The judgment is therefore reversed, and the cause remanded.